UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BROWN WATER TOWING, VI, INC., *et al*, | § § § § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00318 |
| | § | |
| MICHAEL LEE CABLE, | § § | |
| Claimant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO GRANT DEFAULT JUDGMENT AGAINST ALL POTENTIAL CLAIMANTS WHO HAVE NOT APPEARED

On February 14, 2018, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation to Grant Petitioners' Unopposed Motion for Judgment by Default Against All Non-Appearing Claimants" (D.E. 22). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 22), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, "Petitioners' Unopposed Motion for Judgment by Default Against All Non-Appearing Claimants" (D.E. 21) is **GRANTED**.

The Court **GRANTS DEFAULT JUDGMENT** in favor of Petitioners and against any and all claimants that have not filed a claim, answer, and/or otherwise moved for leave to intervene in this proceeding for any loss, damages, or injuries caused by or resulting from any casualty made the basis of this proceeding. The duly filed claim of Michael Lee Cable, Individually and as Guardian and Conservator of J.C., a minor, remains pending.

ORDERED this 5th day of March, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE